UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER HOFFMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KASHI SALES, L.L.C.,<br><br>Defendant. | Case No. 7:21-cv-09642-VB<br><br>Hon. Vincent L. Briccetti |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Peter Hoffmann and Defendant Kashi Sales, L.L.C., through their undersigned counsel, hereby stipulate and agree that this proceeding is dismissed, in its entirety, with prejudice, each party bearing its own fees and costs.

Dated:   April 12, 2023

SHEEHAN & ASSOCIATES, P.C.

/s/ *Spencer Sheehan*
Spencer Sheehan
60 Cuttermill Rd Ste 409
Great Neck NY 11021
Tel: (516) 268-7080
spencer@spencersheehan.com

*Attorneys for Plaintiff*

JENNER & BLOCK LLP

/s/ *Alexander M. Smith* (with consent)
Alexander M. Smith
515 South Flower St Ste 3300
Los Angeles CA 90071
Tel: (213) 239-5100
asmith@jenner.com

Dean N. Panos
353 N Clark St
Chicago IL 60654
Tel: (312) 222-9350
dpanos@jenner.com

*Attorneys for Defendant*